```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

DORIS SMITH                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:23CV417TSL-MTP

COMMISSIONER OF SOCIAL SECURITY                      DEFENDANT

## ORDER

This cause is before the court on the report and recommendation of United States Magistrate Judge Michael T. Parker entered on July 6, 2023, recommending that plaintiff's motion to proceed in forma pauperis be denied. Plaintiff Doris Smith did not object to the report and recommendation and the time for doing so has expired. The court, having fully reviewed the report and recommendation and being duly advised in the premises, now finds that the report and recommendation should be adopted as the opinion of the court.

Based on the foregoing, it ordered that the report and recommendation of United States Magistrate Judge Michael T. Parker is hereby adopted as the opinion of the court and plaintiff's motion to proceed in forma pauperis is therefore denied. It is further ordered that on or before October 9, 2023, plaintiff shall pay all of the costs associated with the filing of this lawsuit. Should plaintiff fail to timely pay all of the costs associated

with the filing of this lawsuit, this matter will be dismissed without prejudice and without further notice.

    SO ORDERED this 7th day of August, 2023.

                                /s/ Tom S. Lee
                UNITED STATES DISTRICT JUDGE